Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VELIA MELISSA NUNEZ,<br><br>Defendant. | DOCKET NO. 6:13-MJ-008-MJS<br><br>**STATEMENT OF ALLEGED PROBATION VIOLATION(S)**<br><br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Defendant, Velia Melissa NUNEZ, was arrested March 24, 2013, in Yosemite National Park and charged with three counts in a complaint: Count 1: under the influence of alcohol or drugs to a degree that may endanger oneself or others; Count 2: unreasonable noise; and Count 3 – possession of a controlled substance. NUNEZ plead guilty May 21, 2013, to Count 2, and all other counts were dismissed. NUNEZ was sentenced to pay a fine of $250, counseling once weekly for period of probation, and 12 months of unsupervised probation. The Government alleges Velia Melissa NUNEZ has violated the following condition(s) of his unsupervised probation:

CHARGE ONE:     FAILURE TO COMPLETE COUNSELING

NUNEZ was ordered to attend counseling sessions once a week for the period of probation. To date, the Yosemite Legal Office has not received proof of attendance of

1

counseling sessions .

The Yosemite Legal Office respectfully requests the above referenced matter, *U.S. v. Velia Melissa Nunez*, 6:13-mj-008-MJS, be put back on calendar at a time convenient for the Court.

Dated: May 15, 2014

By: /s/ Matthew McNease
Matthew McNease
Acting Legal Officer
Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

(XX)   Submit a Request for Warrant or Summons:

( )   Defendant to Appear at Yosemite District Courthouse:

IT IS SO ORDERED.

Dated:   May 15, 2014          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE